UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN UNION BANK, F.S.B., a federal savings bank; FIRST FINANCIAL BANK, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> M/Y MACHIAVELLI, U.S.C.G. OFFICIAL NO. 1167583 and all her engines, tackle, accessories, equipment, furnishings and appurtenances, in rem; BDL WORLDWIDE, LLC, a California limited liability company, in personam; DIVERSIFIED HUMAN RESOURCES, INC., an Arizona corporation, in personam; BRIAN D. LESK, an individual, in personam, <br><br> Defendants. | Civil No.   09-cv-1809-LAB (POR) <br><br> **ORDER SCHEDULING STATUS CONFERENCE** |

On January 24, 2011, the Court held an Early Neutral Evaluation.  Appearing before the Court were: Philip Weiss, Esq., counsel for Plaintiff First Financial Bank; and Alexander Gruft, Esq., counsel for Defendants.  The case did not settle.  However, the parties represent they are working toward the sale of the vessel.  Accordingly, IT IS HEREBY ORDERED:

1. The Court finds the instant case is not amenable to Rule 26 dates.

2. The Court finds good cause to open discovery as of the date of this order.

//

//

//

3. A Status Conference shall be held on **March 30, 2011** at **9:30 a.m.** The conference shall be <u>in person</u>, with <u>attorneys only</u>. A status report shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **March 25, 2011**.

**IT IS SO ORDERED.**

DATED: January 25, 2011

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Larry A. Burns
all parties