UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRWIN UNION BANK, F.S.B., a federal savings bank; FIRST FINANCIAL BANK, N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>M/Y MACHIAVELLI, U.S.C.G. OFFICIAL NO. 1167583 and all her engines, tackle, accessories, equipment, furnishings and appurtenances, in rem; BDL WORLDWIDE, LLC, a California limited liability company, in personam; DIVERSIFIED HUMAN RESOURCES, INC., an Arizona corporation, in personam; BRIAN D. LESK, an individual, in personam,<br><br>Defendants. | Civil No.   09-cv-1809-LAB (POR)<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On March 24, 2011, counsel for Plaintiff lodged a Status Report with the Court requesting the Case Management Conference currently set for March 30, 2011 at 9:30 a.m. be vacated in light of the current posture of the case. Based on the agreement of both parties, and good cause appearing, the Court hereby VACATES the Case Management Conference currently set for March 30, 2011 at 9:30 a.m.

DATED:  March 28, 2011

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge