1  Susan K. Breen (No. 156059)
   HEMAR, ROUSSO & HEALD, LLP
2  15910 Ventura Boulevard, 12th Floor
   Encino, California 91436
3  Telephone: (818) 501-3800
   Facsimile: (818) 501-2985
4  E-Mail: sbreen@hemar-rousso.com

5  Philip E. Weiss, Esq. (No.152523)
   BRODSKY MICKLOW BULL & WEISS, LLP
6  2608 Shelter Island Drive, Suite 202
   San Diego, California 92106
7  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
8  E-Mail: Shiplaw@earthlink.net

9  Attorneys for Plaintiff
   FDIC-R, As Receiver for Irwin Union Bank
10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **SOUTHERN DISTRICT OF CALIFORNIA**

14
   FDIC, AS RECEIVER FOR IRWIN UNION   )  Case No. 09-CV 1809 LAB POR
15 BANK, F.S.B.,                        )
                                        )  IN ADMIRALTY
16              Plaintiff,              )
                                        )  DECLARATION OF PHILIP E.
17 v.                                   )  WEISS RE AND NOTICE OF
                                        )  INTENTION OF PLAINTIFF TO
18 M/Y MACHIAVELLI, U.S.C.G. Official No. )  CREDIT BID AT
   1167683, AND ALL OF HER ENGINES,    )  INTERLOCUTORY AUCTION
19 TACKLE, ACCESSORIES, EQUIPMENT,      )
   FURNISHINGS AND APPURTENANCES, *in*  )  F.R.C.P. Supplemental Admiralty
20 *rem*; BDL WORLDWIDE, L.L.C., a California )  Rules C and E.
   limited liability company, *in personam*; )
21 DIVERSIFIED HUMAN RESOURCES, INC., an )  46 U.S.C. Sections 30101-31343
   Arizona corporation, *in personam*, BRIAN D. )
22 LESK, an individual, *in personam*.  )  Local Admiralty Rule E.1(e)(2)
                                        )
23              Defendants.             )
                                        )
24 _____ )

25

26        I, Philip E. Weiss, declare as follows:

27        1.    I am an attorney at law licensed to practice in all State and Federal courts

28 located in the State of California, including this Honorable Court.

2. I am counsel of record for Plaintiff herein, FDIC, AS RECEIVER FOR IRWIN UNION BANK, F.S.B.

3. The matters contained herein are within my personal knowledge, and if called to testify as to such matters I could and would competently thereto testify.

4. Plaintiff FDIC, AS RECEIVER FOR IRWIN UNION BANK, F.S.B. lawfully holds a maritime lien that encumbers the DEFENDANT VESSEL, as it is (as successor in interest to Irwin Union Bank, F.S.B.) the holder and beneficiary of a Preferred Ship Mortgage and associated Promissory Note in its favor.

5. On April 18, 2011 the Honorable Larry Alan Burns, United States District Court Judge, entered an Order: (1) Authorizing Interlocutory Vessel Sale; (2) Appointing Replacement Custodian; (3) Appointing Broker to Market Vessel and Permitting Sea Trials; (4) Authorizing Work Aboard Defendant Vessel; (5) Permitting FDIC-R Personnel To Board Defendant Vessel and (6) Authorizing Credit Bid. [Docket No. 50].

6. The Court's April 18, 2011 Order provides at page seven that:

> "IT IS FURTHER ORDERED that PLAINTIFF, having demonstrated it maintains a secured preferred maritime mortgage lien interest in the DEFENDANT VESSEL pursuant to the Commercial Instruments and Federal Maritime Lien Act (46 U.S.C. sections 31301 et seq.), and it being the senior maritime lien claimant in this action, is authorized pursuant to Local Admiralty Rule E.1(e)(2) to credit bid at the auction of the DEFENDANT VESSEL, without payment of cash, a sum equal to the sum demanded in the Verified Complaint, $1,393,214.22, plus interest (calculated through August 5, 2010) in the amount of $56,076.66, plus late charges in the amount of $2,928.67, for a total sum (calculated through August 9, 2010) in the amount of $1,452,219.40, with interest accruing pursuant to paragraph 5.3 of the Promissory Note at the Default Rate of 11.5% per annum."

7. Plaintiff is accordingly authorized pursuant to Order of the United States District Court (Southern District of California) and Local Admiralty Rule E.1(e)(2) to credit bid at the interlocutory vessel auction of the DEFENDANT VESSEL, and notice is hereby accordingly provided that it intends to bid at such auction, in an amount up to the above

///

///

///

1 | specified total ($1,452,219.40, as of August 9, 2010), plus further interest that has accrued
2 | since August 9, 2010, at the Default Rate of 11.5% per annum.
3 |     I declare this 27th day of June, 2011 at San Diego, California, under penalty of perjury
4 | under the laws of the United States and the State of California, that the foregoing is true and
5 | correct.

                                         s/Philip E. Weiss
                                  Attorney for Plaintiff
                                  E-mail: shiplaw@earthlink.net